HISTORIC ESTATES, INC., Appellant, *v.* UNITED PAPER BOARD COMPANY, Respondent.

Argued March 5, 1941; decided April 17, 1941.

*Walter H. Liebman, D. William Leider* and *Harold I. Cammer* for appellant.

*Wyman S. Bascom* and *Harry Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.